**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**NEFTAL RODRIGUEZ SANDOVAL**                                                    **PLAINTIFF**

**V.**                                        **CASE NO. 5:20-CV-5217**

**KARAS HEALTH CARE; JEFF MOLEN,**
Caregiver KHC; **CORPORAL BRADSHAW,**
Washington County Detention Center; and
**SERGEANT CENA, WCDC**                                                           **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 25) filed in this case on August 2, 2021, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendants' Motion to Dismiss (Doc. 18) is **GRANTED** and Plaintiff's Amended Complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** on this 20th day of August, 2021.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE